# United States Bankruptcy Court
## Southern District of Florida

In re   **Charles Beresford Berbick**                             Case No.   **16-19168**
                           Debtor(s)                              Chapter    **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
   ☐ receives disability payments
   ☐ is unemployed and does not receive unemployment compensation
   ☐ receives Social Security payments
   ☐ receives a pension
   ☐ does not work outside the home
   ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
   Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

| | |
|---|---|
| **/s/ Charles Beresford Berbick** | Date: **July 13, 2016** |
| **Charles Beresford Berbick** | |
| Signature of Attorney or Debtor | |

**BERBICK, CHARLES**

| | | |
|---|---|---|
| Employee Number | 104663 | Federal Marital Status: Married |
| Department Number | 74206 | Federal Exemptions: 00000 |
| Advice Number | 03143748 | Additional Withholding: 0.00 |
| Period Begin Date | 06/05/2016 | |
| Period End Date | 06/18/2016 | |
| Advice Date | 06/24/2016 | |

**Jackson HEALTH SYSTEM** — 1611 N.W. 12th Avenue, Miami, FL 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 76.00 | 35.933 | $2,805.91 | $30,469.78 |
| TuReNTax | | | $756.00 | $756.00 |
| Overtime | 12.75 | 56.163 | $716.08 | $2,080.62 |
| OnCallPy | 42.00 | 3.125 | $131.25 | $131.25 |
| CalbckN | 2.75 | 36.935 | $101.57 | $101.57 |
| AFSSwP | | | $60.00 | $780.00 |
| CalbckPr | 1.25 | 35.936 | $46.17 | $46.17 |
| Shift 2 | 4.00 | 2.850 | $11.40 | $11.40 |
| GTL Incm | | | $8.17 | $106.21 |
| PLCniOt | | | | $2,859.14 |
| LngvtyBn | | | | $2,304.62 |
| FME PMLA | | | | $1,477.32 |
| SIIUApl | | | | $886.39 |
| PlanndPL | | | | $886.38 |
| UnplanPL | | | | $574.67 |
| Misc | | | | $1,323.47 |
| **Total Earnings** | | | **$4,637.55** | **$44,594.97** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $4,637.55 | $44,594.97 |
| Total Pre-Tax Deductions | $828.69 | $10,499.21 |
| Total FIT Taxable | $3,052.86 | $33,339.76 |
| Total Taxes | $645.96 | $7,155.98 |
| Total After-Tax Deductions | $72.24 | $919.12 |
| Total Net Pay | $3,082.49 | $25,914.46 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxx5090 | $3,082.49 |
| Total Distributions | | $3,082.49 |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 26.64 |
| PL | 57.84 |

### TAXES AND DEDUCTIONS

**PRE-TAX DEDUCTIONS**

| | CURRENT | YTD |
|---|---|---|
| Fid403b$ | $125.00 | $1,625.00 |
| Val403b$ | $125.00 | $1,625.00 |
| NACO457$ | $150.00 | $1,950.00 |
| GOnSHEPT | $6.52 | $84.76 |
| FRS EE | $116.20 | $1,236.84 |
| HC FSA | $40.00 | $520.00 |
| LTD | $27.38 | $355.94 |
| STD | $23.80 | $309.40 |
| AvMSDPT | $208.35 | $2,708.55 |
| GVIsEEPT | $3.83 | $49.79 |
| PrCvFees | $2.61 | $33.93 |
| **Total Pre-Tax Deductions** | **$828.69** | **$10,499.21** |

**TAXES**

| | CURRENT | YTD |
|---|---|---|
| Fica | $221.28 | $2,466.15 |
| FIT | $372.93 | $4,113.07 |
| Medicare | $51.75 | $576.76 |
| **Total Taxes** | **$645.96** | **$7,155.98** |

**AFTER-TAX DEDUCTIONS**

| | CURRENT | YTD |
|---|---|---|
| UNUM Acc | $10.80 | $140.40 |
| OptLife | $33.19 | $431.47 |
| AFSCME-C | $4.00 | $32.00 |
| AFSCME | $24.25 | $315.25 |
| **Total After-Tax Deductions** | **$72.24** | **$919.12** |

---

**Jackson HEALTH SYSTEM**
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210

Advice No. 03143748
Date 6/24/2016
Advice Amount  $ ******3,082.49

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

TO THE ORDER OF:
CHARLES BERBICK
1400 saint charles place
A214
PEMBROKE PINES, FL 33026

**DIRECT DEPOSIT ADVICE**
**NON-NEGOTIABLE**



**BERBICK, CHARLES**

| | |
|---|---|
| Employee Number | 104663 |
| Department Number | 74206 |
| Advice Number | 03133091 |
| Period Begin Date | 05/22/2016 |
| Period End Date | 06/04/2016 |
| Advice Date | 06/10/2016 |

| | |
|---|---|
| Federal Marital Status | Married |
| Federal Exemptions | 00000 |
| Additional Withholding | 0.00 |

**Jackson** HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 78.75 | 36.933 | $2,908.47 | $27,562.85 |
| LngvtyBn | | | $2,304.62 | $2,304.62 |
| EarlyOPL | 2.50 | 36.932 | $92.33 | $470.92 |
| AFSSwP | | | $60.00 | $720.00 |
| Overtime | 0.25 | 55.400 | $13.85 | $1,364.54 |
| GTL Incm | | | $8.17 | $98.04 |
| PLCntOt | | | | $2,659.14 |
| FME FMLA | | | | $1,477.32 |
| EllUnpl | | | | $886.39 |
| PlanndPL | | | | $886.38 |
| UnplanPL | | | | $574.67 |
| Uniform | | | | $200.00 |
| NYEveAd | | | | $147.73 |
| XmasEvAd | | | | $147.73 |
| CalbkNPO | | | | $126.66 |
| Misc | | | | $230.43 |
| **Total Earnings** | | | **$5,387.44** | **$39,957.42** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $5,387.44 | $39,957.42 |
| Total Pre-Tax Deductions | $604.73 | $9,670.52 |
| Total FIT Taxable | $4,582.71 | $30,286.90 |
| Total Taxes | $1,207.75 | $6,510.02 |
| Total After-Tax Deductions | $72.24 | $846.88 |
| Total Net Pay | $3,294.55 | $22,631.96 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxx5090 | $3,294.55 |
| **Total Distributions** | | **$3,294.55** |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 24.79 |
| PL | 45.84 |

### TAXES AND DEDUCTIONS

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Fid403bS | $125.00 | $1,500.00 |
| Val403bS | $125.00 | $1,500.00 |
| NACO457S | $150.00 | $1,800.00 |
| GDnEHePT | $6.52 | $78.24 |
| PRS EE | $92.24 | $1,120.64 |
| HC FSA | $40.00 | $480.00 |
| LTD | $27.38 | $328.56 |
| STD | $23.80 | $285.60 |
| AVMSDPT | $208.35 | $2,500.20 |
| GVIsEEPT | $3.83 | $45.96 |
| PrCvFees | $2.61 | $31.32 |
| **Total Pre-Tax Deductions** | **$604.73** | **$9,670.52** |

| TAXES | CURRENT | YTD |
|---|---|---|
| Fica | $314.65 | $2,244.87 |
| FIT | $819.51 | $3,740.14 |
| Medicare | $73.59 | $525.01 |
| **Total Taxes** | **$1,207.75** | **$6,510.02** |

| AFTER-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| UNUM Acc | $10.80 | $129.60 |
| OptLife | $33.19 | $398.28 |
| AFSCME-C | $4.00 | $28.00 |
| AFSCME | $24.25 | $291.00 |
| **Total After-Tax Deductions** | **$72.24** | **$846.88** |

---

**Jackson** HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210
Advice No. 03133091
Date 6/10/2016
Advice Amount
$ *****3,294.55

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

TO THE ORDER OF
**CHARLES BERBICK**
1400 saint charles place
A214
PEMBROKE PINES, FL 33026

DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE

**BERBICK, CHARLES**

| | | | | |
|---|---|---|---|---|
| Employee Number | 104563 | Federal Marital Status | Married | |
| Department Number | 74206 | Federal Exemptions | 00000 | |
| Advice Number | 03111832 | Additional Withholding | 0.00 | |
| Period Begin Date | 04/24/2016 | | | |
| Period End Date | 05/07/2016 | | | |
| Advice Date | 05/13/2016 | | | |

**Jackson** 1611 N.W. 12th Avenue, Miami, FL 33136
HEALTH SYSTEM

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 79.00 | 36.933 | $2,917.71 | $22,427.60 |
| Overtime | 3.00 | 56.090 | $168.27 | $1,226.04 |
| EarlyOPL | 1.75 | 36.937 | $64.64 | $341.66 |
| AFSSwP | | | $60.00 | $600.00 |
| GTL incm | | | $8.17 | $81.70 |
| PLCnlOt | | | | $2,353.55 |
| FMS FMLA | | | | $1,477.32 |
| BillUnpl | | | | $896.39 |
| PlanndPL | | | | $590.92 |
| UnplanPL | | | | $574.67 |
| Uniform | | | | $200.00 |
| NYEveAd | | | | $147.73 |
| XmasEvAd | | | | $147.73 |
| ColbkNPO | | | | $126.66 |
| OtCalBok | | | | $98.51 |
| Misc | | | | $94.99 |
| **Total Earnings** | | | **$3,218.79** | **$31,385.60** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $3,218.79 | $31,385.60 |
| Total Pre-Tax Deductions | $808.81 | $8,058.01 |
| Total FIT Taxable | $2,409.98 | $23,327.59 |
| Total Taxes | $498.83 | $4,611.08 |
| Total After-Tax Deductions | $72.24 | $702.40 |
| Total Net Pay | $1,830.74 | $17,732.41 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxx5090 | $1,830.74 |
| Total Distributions | | $1,830.74 |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 21.09 |
| PL | 42.34 |

### TAXES AND DEDUCTIONS

| PRE-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| Fid403bS | $125.00 | $1,250.00 |
| Val403bS | $125.00 | $1,250.00 |
| NACO457S | $150.00 | $1,500.00 |
| GDnEHePT | $6.52 | $65.20 |
| FRS EE | $96.32 | $933.11 |
| HC FSA | $40.00 | $400.00 |
| LTD | $27.38 | $273.80 |
| STD | $23.60 | $236.00 |
| AvMSOPT | $208.35 | $2,083.50 |
| GVisEEPT | $3.83 | $38.30 |
| PrCvFees | $2.61 | $26.10 |
| **Total Pre-Tax Deductions** | **$808.61** | **$8,058.01** |

| TAXES | CURRENT | YTD |
|---|---|---|
| Fica | $180.19 | $1,752.16 |
| FIT | $276.50 | $2,649.14 |
| Medicare | $42.14 | $409.78 |
| **Total Taxes** | **$498.83** | **$4,611.08** |

| AFTER-TAX DEDUCTIONS | CURRENT | YTD |
|---|---|---|
| UNUM Acc | $10.80 | $108.00 |
| OptLife | $33.19 | $331.90 |
| AFSCME-C | $4.00 | $20.00 |
| AFSCME | $24.25 | $242.50 |
| **Total After-Tax Deductions** | **$72.24** | **$702.40** |

---

**Jackson** HEALTH SYSTEM
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210
Advice No. 03111832
Date 5/13/2016
Advice Amount $ ******1,830.74

PAY  VOID VOID VOID VOID VOID VOID VOID VOID

TO THE ORDER OF
**CHARLES BERBICK**
1400 saint charles place
A214
PEMBROKE PINES, FL 33026

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

**BERBICK, CHARLES**

| | | |
|---|---|---|
| Employee Number | 104663 | Federal Marital Status: Married |
| Department Number | 74206 | Federal Exemptions: 00000 |
| Advice Number | 03122455 | Additional Withholding: 0.00 |
| Period Begin Date | 05/08/2016 | |
| Period End Date | 05/21/2016 | |
| Advice Date | 05/27/2016 | |

**Jackson HEALTH SYSTEM** — 1611 N.W. 12th Avenue, Miami, FL 33136

### EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| Regular | 63.00 | 36.933 | $2,326.78 | $24,754.38 |
| PLCntOt | 8.00 | 36.932 | $295.46 | $2,659.14 |
| PlanndPL | 8.00 | 36.932 | $295.46 | $686.36 |
| Overtime | 2.25 | 55.400 | $124.65 | $1,350.69 |
| AFSSwP | | | $50.00 | $660.00 |
| EarlyOPL | 1.00 | 36.930 | $36.93 | $378.59 |
| LateInPL | 1.00 | 36.930 | $36.93 | $110.79 |
| GTL Incm | | | $8.17 | $89.87 |
| FMG FMLA | | | | $1,477.32 |
| SIIIUnpl | | | | $886.39 |
| UnplanPL | | | | $574.67 |
| Uniform | | | | $200.00 |
| NYEvaAd | | | | $147.73 |
| XmasEvAd | | | | $147.73 |
| CalbkNPO | | | | $126.86 |
| Misc | | | | $119.64 |
| **Total Earnings** | | | **$3,164.38** | **$34,569.96** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Total Gross Earnings | $3,164.38 | $34,569.96 |
| Total Pre-Tax Deductions | $807.78 | $8,865.79 |
| Total FIT Taxable | $2,376.60 | $25,704.19 |
| Total Taxes | $491.19 | $5,302.27 |
| Total After-Tax Deductions | $72.24 | $774.64 |
| Total Net Pay | $1,805.00 | $19,537.41 |

### ACCOUNT DISTRIBUTION

| | ACCOUNT # | AMOUNT |
|---|---|---|
| checking | xxxxx5090 | $1,805.00 |
| **Total Distributions** | | **$1,805.00** |

### PAID ANNUAL LEAVE AVAILABLE

| | BALANCE |
|---|---|
| Ext. Ill | 22.94 |
| PL | 36.34 |

### TAXES AND DEDUCTIONS

**PRE-TAX DEDUCTIONS**

| | CURRENT | YTD |
|---|---|---|
| Fld403bS | $125.00 | $1,375.00 |
| Val403bS | $125.00 | $1,375.00 |
| NACO457S | $150.00 | $1,650.00 |
| GDnEHEPT | $6.52 | $71.72 |
| FRS EE | $95.29 | $1,028.40 |
| HC FSA | $40.00 | $440.00 |
| LTD | $27.38 | $301.15 |
| STD | $23.60 | $261.60 |
| AvMSOPT | $208.35 | $2,291.85 |
| GVIsEEPT | $3.83 | $42.13 |
| PrCvFees | $2.61 | $28.71 |
| **Total Pre-Tax Deductions** | **$807.78** | **$8,865.79** |

**TAXES**

| | CURRENT | YTD |
|---|---|---|
| Fica | $178.06 | $1,930.22 |
| FIT | $271.49 | $2,920.63 |
| Medicare | $41.64 | $451.42 |
| **Total Taxes** | **$491.19** | **$5,302.27** |

**AFTER-TAX DEDUCTIONS**

| | CURRENT | YTD |
|---|---|---|
| UNUM Acc | $10.80 | $118.80 |
| OptLife | $33.19 | $365.09 |
| AFSCME-C | $4.00 | $24.00 |
| AFSCME | $24.25 | $266.75 |
| **Total After-Tax Deductions** | **$72.24** | **$774.64** |

---

**Jackson HEALTH SYSTEM**
1611 N.W. 12th Avenue
Miami, FL 33136

Wells Fargo Bank, N.A.
San Francisco, CA

11-24/1210
Advice No. 03122455
Date 5/27/2016
Advice Amount $ *****1,805.00

PAY  VOID VOID VOID VOID VOID VOID VOID VOID

TO THE ORDER OF:
**CHARLES BERBICK**
1400 saint charles place
A214
PEMBROKE PINES, FL 33026

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**