UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:

Charles Beresford Berbick,                    Case No.: 16-19168-RBR

Debtor.                                        Chapter 13
_____/

**MULTIBANK 2009-1 RES-ADC VENTURE, LLC'S
OBJECTION TO EXEMPTIONS**

Creditor Multibank 2009-1 RES-ADC Venture, LLC ("Multibank") files this its Objection to Exemptions, and in support states as follows:

1. On April 27, 2016, the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida entered the Final Judgment against, *inter alia*, the Debtor in the amount of $105,054.25.

2. The Debtor filed this Chapter 13 bankruptcy on June 29, 2016.

3. The Debtor's Schedule A-1.1 (ECFB#6) lists real property located at 2313 SW 85 Way, Hollywood, FL 33025 ("Hollywood Property"). The Debtor's Schedule C (ECFB#6) claims the Hollywood Property as exempt pursuant to Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02.

4. Multibank objects to the Debtor's claimed exemptions in the Hollywood Property.

5. The Debtor claims the Hollywood Property as exempt pursuant to Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02.

6. However, the Debtor's Petition (ECFB#1) states that the Debtor lives at 1400 Saint Charles Pl, Hollywood, FL 33026 and the Amended Petition (ECFB#12) states that the Debtor lives at 1400 Saint Charles Pl #214, Hollywood, FL 33026.

7.      In Florida, "[t]he homestead character of a property 'depends upon an actual intention to reside thereon as a permanent place of residence, coupled with the fact of residence.'" *In re Bennett*, 395 B.R. 781, 789 (Bankr.M.D.Fla.2008) (quoting *Hillsborough Investment Co. v. Wilcox*, 152 Fla. 889, 13 So.2d 448, 452 (1943)); *see also In re Lee*, 223 B.R. 594, 5989 (Bankr. M.D. Fla. 1998)( homestead is established by actual occupancy of the subject property accompanied by the intent to reside in the property as one's homestead). Thus, homeowners seeking to qualify for the homestead exemption must meet both an objective and subjective test. First, they must actually use and occupy the home. Second, they must express an actual intent to live permanently in the home. *In re Franzese*, 383 B.R. 197, 203 (Bkrtcy.M.D.Fla.2008) (citing *In re Brown*, 165 B.R. 512, 514 (Bankr.M.D.Fla.1994)) (holding homestead established by actual use and occupancy coupled with an actual intent to live permanently in a house).

8.      Here, the Debtor does not actually use and occupy the Hollywood Property as his homestead. The Debtor, under penalty of perjury, stated that she resides at 1400 Saint Charles Pl #214, Hollywood, FL 33026. The Debtor has not expressed any actual intent to permanently live at the Hollywood Property, such that he is not entitled to claim the Hollywood Property as his homestead.

9.      In addition to this objection, Multibank specifically reserves any and all rights to supplement this objection or file further objections to exemptions in the event other or further information is uncovered through the discovery process.

WHEREFORE, Multibank 2009-1 RES-ADC Venture, LLC respectfully requests an order sustaining the objection to the Debtor's claimed exemptions in the Bank Accounts and the Hollywood Property, and awarding such further relief as deemed just and proper.

{M1208607.1}

Dated: August 3, 2016

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

JONES WALKER LLP
*Attorneys for Multibank 2009-1 RES-ADC Venture, LLC*
201 Biscayne Blvd., Suite 2600
Miami, Florida 33131
Email: bturner@joneswalker.com
Telephone: (305) 679-5700
Facsimile: (305) 679-5710

By: ___/s/ Barry Turner_____
Barry S. Turner, Esq.
Florida Bar No. 85535

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties receiving service via ECF and US Mail as indicated below, including those listed below, on August 3, 2016.

**ECF:**

- **Diego Mendez** info@mendezlawoffices.com, ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Robin R Weiner**    ecf@ch13weiner.com;ecf2@ch13weiner.com

**US Mail:**

Diego Mendez, Esq.
POB 228630
Miami, FL 33172

By: ___/s/ Barry Turner_____
Barry S. Turner, Esq.

{M1208607.1}